# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 09-5121**                                        September Term 2010

1:01-cv-00400-EGS

**Filed On:** March 7, 2011

Cynthia Artis, et al.,

    Appellants

  v.

Ben S. Bernanke, Chairman of the Board of
Governors of the Federal Reserve System,

    Appellee


    **BEFORE:**   Brown, Griffith, and Kavanaugh, Circuit Judges


## O R D E R

Upon consideration of appellee's petition for panel partial rehearing filed on February 25, 2011, it is

**ORDERED** that the petition be denied.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:   /s/
                          Jennifer M. Clark
                          Deputy Clerk